

FILED

MAR - 4 2015

CLERK, US DISTRICT COURT
NORFOLK, VA

'IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANGELA DENISE COVIL,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:14cv104

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on Angela Denise Covil's ("Plaintiff") action for judicial review of the final decision of the Acting Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability insurance benefits ('DIB") and supplemental security income ("SIS"). On June 3, 2014, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On July 7, 2014, Plaintiff filed a Motion for Summary Judgment and accompanying memorandum. (ECF Nos. 8 & 9). On August 6, 2014, Defendant filed a Motion for Summary Judgment and accompanying memorandum opposing Plaintiff's Motion for Summary Judgment. (ECF Nos. 10 & 11). On August 21, 2014, Plaintiff filed her Rebuttal Brief. (ECF No. 12). On January 14, 2015, the Magistrate Judge filed his report recommending that Plaintiff's Motion for Summary Judgment be **GRANTED**, that Defendant's Motion for Summary Judgment be **DENIED**, and the

Commissioner's decision be **VACATED** and the case be **REMANDED** for further administrative proceedings. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed January 14, 2015, and it is, therefore **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and that Defendant's Motion for Summary Judgment is **DENIED**. Accordingly, the decision of the Commissioner is **VACATED** and the case is **REMANDED** for further administrative proceedings.

The Clerk shall mail a copy of this final Order to counsel for both Parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
March 4, 2015

/s/
Raymond A. Jackson
United States District Judge